WILLIAM PEARSON, *Respondent*, v. JEANETTE
BROKOFSKY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-07522-7, Richard J. Thorpe, J., entered
November 21, 1990. *Affirmed in part* and *reversed in part*

by unpublished opinion per Agid, J., concurred in by Grosse, C.J., and Forrest, J.